IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



FILED

JUN 10 2009

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**STEPHANIE TERESE KNIGHTNOR,**

    **Plaintiff,**

v.                                    **CIVIL ACTION NO. 4:08cv59**

**MICHAEL J. ASTRUE**
**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge F. Bradford Stillman in relation to Stephanie Terese Knightnor's motion for summary judgment filed on November 3, 2008, and the Commissioner of Social Security's ("Commissioner") motion for summary judgment filed on December 2, 2008. The Report and Recommendation was filed on April 3, 2009. According to Rule 72 of the Federal Rules of Civil Procedure, a party must file objections to a Magistrate Judge's order within ten days after being served with a copy of the order. No party has filed objections to the Report and Recommendation as of the date of this order, and thus, the time within which to file such objections has passed.

Magistrate Judge Stillman recommended that the Commissioner's decision be affirmed and the case be dismissed. "Pursuant to 28 U.S.C. § 636(b)(1)(C), the district court must conduct a de novo review of any portion of the magistrate judge's recommendation to which objection is made. However, as to those portions of the recommendation to which no objection is made, the magistrate judge's finding and recommendation will be upheld, unless they are 'clearly erroneous.'" Crow v. McElroy Coal Co., 290 F. Supp. 2d 693, 694–95 (N.D. W. Va. 2003). Having reviewed the record and finding no clear error, this Court adopts the Report and Recommendation of United States

Magistrate Judge F. Bradford Stillman without exception. Accordingly, the Commissioner's Motion for Summary Judgment is hereby **GRANTED** and the final decision of the Social Security Administration is **AFFIRMED**.

The Clerk of the Court is **DIRECTED** to mail a copy of this order to all counsel of record.

**IT IS SO ORDERED.**

June 10, 2009
Newport News, Virginia

Robert G. Doumar
Senior United States District Judge